No. 05–6776. JOHNSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–6777. LOVACCO *v.* GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–6783. PALMER *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6785. WASHINGTON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–6786. MOSES *v.* WALKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 05–6790. ASHLEY *v.* RAINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–6795. MILLER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–6796. CRISP *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05–6798. ESTRADA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–6800. NIEVES DIAZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–6801. RAWLES *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 05–6806. VARGAS *v.* HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 05–6822. ANDRYSZAK *v.* PAC FEDERAL CREDIT UNION. C. A. 6th Cir. Certiorari denied.

No. 05–6823. CONNER *v.* ILLINOIS DEPARTMENT OF NATURAL RESOURCES. C. A. 7th Cir. Certiorari denied.